UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR226 |
| | ) | |
| v. | ) | |
| | ) | |
| JASON RILEY, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 54 ). The Court has reviewed the record in this case and finds as follows:

1. On December 18, 2007, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(n), 924(d) and Title 28, United States Code, 2461(c), based upon the defendant's plea of guilty to Counts I and II of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in J.C. Higgins, 410 shotgun and a Ward's Western Field 16-gauge shotgun, was forfeited to the United States.

2. On January 10, 17 and 24, 2008, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said properties. An Affidavit of Publication was filed herein on February 22, 2008 (Filing No. 53).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained. Accordingly,

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the J.C. Higgins, 410 shotgun and a Ward's Western Field 16-gauge shotgun, held by any person or entity, is hereby forever barred and foreclosed.

C. The J.C. Higgins, 410 shotgun and a Ward's Western Field 16-gauge shotgun, be, and the same hereby is, forfeited to the United States of America .

D. The United States Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 25th day of February, 2008

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court